# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES E. JUSTICE, II, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV 08-396-JHP-KEW |
| STATE OF OKLAHOMA, | ) |
| Respondent. | ) |

## OPINION AND ORDER

This matter is before the court on petitioner's "Petition for Removal of Case from State Courts in the State of Oklahoma," filed on October 20, 2008. Petitioner, a former inmate of the Muskogee County Jail, alleged he was denied a speedy trial and asked the court, among other things, to make a finding of the alleged constitutional deprivation. The court construed the pleading as a petition for a writ of habeas corpus.

The petition is rambling and unclear, almost to the point of being incoherent, but Petitioner apparently was requesting removal of his state criminal prosecution in Muskogee County District Court Case No. CF-2007-861 to the federal court. Case No. CF-2007-861 charged petitioner with First Degree Rape, Assault and Battery with a Dangerous Weapon, and Kidnapping. According to the Oklahoma State Courts Network at http://www.oscn.net, however, he was found not guilty of all counts on October 23, 2008, shortly after this lawsuit was initiated.

On October 31, 2008, the court directed petitioner to show cause why this action should not be dismissed because of his October 23, 2008, acquittal of all three counts in Case No. CF-2007-861. On November 3, 2008, he filed a motion to remand the case, alleging

evidence had been wrongfully suppressed, and he was innocent of all allegations in the Information. He subsequently filed an unresponsive and unintelligible 105-page response to the show cause order.

After careful review, the court finds petitioner has failed to state a claim for relief. He was found not guilty in his criminal case, and he has not demonstrated any basis for continuing this action.

**ACCORDINGLY,** this action is, in all respects, DISMISSED.

**IT IS SO ORDERED** this 17th day of April 2009.

James H. Payne
United States District Judge
Eastern District of Oklahoma